## Granville CORNELL, Appellant, v. STATE, Appellee.

### No. 20124.

Court of Criminal Appeals of Texas.

Feb. 1, 1939.

Williford, Williford & Bond, of Fairfield, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

GRAVES, Judge. ·

The appellant was convicted of the theft of three hogs, and his punishment assessed at two years' confinement in the penitentiary.

By an affidavit in proper form it is made to appear to this court that since this appeal was filed here the appellant has died. For this reason the appeal will be abated, and it is so ordered.

## Alton COVILL, Appellant, v. STATE, Appellee.

### No. 20013.

Court of Criminal Appeals of Texas.

Oct. 12, 1938.

Roy A. Downey, of Royalty, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

GRAVES, Judge.

The offense is passing a forged instrument; punishment, three years confinement in the penitentiary.

Since his appeal was perfected, the appellant has filed a written request, verified by his affidavit, asking for the privilege of withdrawing his appeal. The request is granted, and the appeal ordered dismissed.

## J. H. (Pee Wee) DREW v. STATE.

### No. 20145.

Court of Criminal Appeals of Texas.

Jan. 4, 1939.

G. W. Lindsey, of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

KRUEGER, Judge. ·

Conviction is for keeping a place to gamble; punishment is assessed at confinement in the state penitentiary for a term of two years.

The appellant has filed an affidavit to dismiss his appeal, duly certified as required by law. The motion is granted as prayed for and the appeal is dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

## Lawrence GONZALES, Appellant, v. STATE, Appellee.

### No. 20326.

Court of Criminal Appeals of Texas.

Feb. 1, 1939.

H. H. Shelton, of Austin, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for possessing marihuana, punishment assessed at three years' confinement in the penitentiary.

Appellant files his affidavit advising this court that he does not further desire to prosecute his appeal and at his request the same is dismissed.